**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XIANGYU SONG,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. RADEL, *Director of Asylum Office in Los Angeles*,<br><br>Defendant. | Case No. 2:24-cv-08788-MWC-AS<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL** |

On December 9, 2024, the Court stayed this case until December 5, 2025. Dkt. # 12. On November 17, 2025, Defendant David Radel filed a Notice of Mootness ("Notice"), representing that "this action is moot because Plaintiff has received the relief sought in the Complaint" in that USCIS adjudicated Plaintiff's Form I-589 asylum application. Dkt. # 13 at 2. The Notice is not signed by both parties and does not invoke Federal Rule of Civil Procedure 41(a). Dkt. # 13. The Court therefore **ORDERS** Plaintiff Xiangyu Song ("Plaintiff") to **SHOW CAUSE**, in writing, by no later than Friday, September 11, 2026, as to whether this action is moot and whether the Court should dismiss the action with prejudice. Alternatively, at any time on or before September 11, 2026, Plaintiff may file a Notice of Voluntary Dismissal pursuant to Rule 41(a). Failure to timely file either document will result in the Court dismissing this action with prejudice pursuant to Rule 41(b).

**IT IS SO ORDERED.**

DATED: August 28, 2026

Hon. Michelle Williams Court
United States District Judge